IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD MACKEY, : <br>     *Petitioner*, : <br> : <br> v. : <br> : <br> SUPERINTENDENT MARK GARMAN, : <br> et al., : <br>     *Respondents*. : | CIVIL ACTION <br> NO. 16-5337 |

## ORDER

AND NOW, this 3rd day of April, 2020, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus and Memorandum of Law (ECF Nos. 1, 6), the Response and Supplemental Response (ECF Nos. 17, 20), the Reply Briefs (ECF Nos. 18, 21), and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 23), it is hereby ORDERED as follows:

1. The Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED;

2. The Petition for a Writ of Habeas Corpus (ECF No. 1) is DENIED and DISMISSED;

3. A certificate of appealability SHALL NOT issue, as Petitioner has not made a substantial showing of a denial of a constitutional right nor demonstrated reasonable jurists would debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II     J.